IN THE
TENTH COURT OF APPEALS


No. 10-16-00210-CV

**COMM TRADE USA, INC., INDIVIDUALLY AND
O/B/O THE PARTNERSHIP AMONG COMM TRADE
USA, INC., KEVIN S. HOOT AND KSH SERVICES,
LLC, AND TIM DEARING,**

                                                 **Appellant**

 **v.**

**KEVIN S. HOOT, INDIVIDUALLY AND
KSH SERVICES, LLC,**

                                                 **Appellees**

**From the 85th District Court
Brazos County, Texas
Trial Court No. 12-003124-CV-85**

## MEMORANDUM OPINION

Appellant Comm Trade USA, Inc., individually and on behalf of the Partnership among Comm Trade USA, Inc., Kevin S. Hoot and KSH Services, LLC, and Tim Dearing have filed an "Agreed Motion to Dismiss Pursuant to Settlement." *See* TEX. R. APP. P. 42.1(a)(1). It states that Appellant and Appellees have settled this litigation and have

agreed to this motion. Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed December 7, 2016
[CV06]

